JUDGE LEINENWEBER

MAGISTRATE JUDGE MASON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FELONY**

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  YES

   1a. If the answer is Yes, list the case number and title of the earliest filed complaint:
   US v Diego Pineda Sanchez, 14 CR 539, Judge Mason
   1b. Should this indictment or information receive a new case number from the court?  No

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?  YES  U.S. v. Pineda Sanchez 14CR539  LEINENWEBER

3) Is this a re-filing of a previously dismissed indictment or information?  NO

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?  NO

5) Is this a transfer of probation supervision from another district to this District?  NO

6) What level of offense is this indictment or information?  FELONY

7) Does this indictment or information involve eight or more defendants?  NO

8) Does this indictment or information include a conspiracy count?  NO

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
   Other Federal Statutes III

10) List the statute of each of the offenses charged in the indictment or information.
    18 USC § 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), 1956(h)

**FILED**

MAR X 5 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

_____
PETER M. FLANAGAN
Assistant United States Attorney